IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | No. 21-cr-20185-JTF |
| ) | |
| **RICKY McNEAL,** ) | |
| ) | |
| **Defendant.** ) | |

### POSITION OF THE UNITED STATES WITH RESPECT TO SENTENCING

The United States of America, by and through Kevin G. Ritz, United States Attorney for the Western District of Tennessee and Karen Hartridge, Assistant United States Attorney, notify the Court of the position of the United States in accordance with § 6A1.2 of the United States Sentencing Guidelines.

1. The attorney for the United States received and reviewed the Pre-sentence Investigation Report (PSR) prepared in this matter on September 2, 2022.

2. The United States has no objection to the facts or guideline calculations contained in the PSR. The PSR accurately calculates the total offense level as 19 and the criminal history category as III, resulting in a guideline range of 37 to 46 months imprisonment. A sentence within this guideline range adequately addresses the sentencing factors of 18 U.S.C. § 3553.

2

        Respectfully Submitted,

        KEVIN G. RITZ
        UNITED STATES ATTORNEY

By:   /s/ Karen Hartridge
       Karen Hartridge
       Assistant United States Attorney
       167 N. Main Street, Suite 800
       Memphis, TN 38103

## CERTIFICATE OF SERVICE

I, Karen Hartridge, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing Position Paper of the United States has been filed via the District Court's electronic case filing system.

This 4th day of October, 2022.

       /s/ Karen Hartridge
       Karen Hartridge
       Assistant United States Attorney